UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAN SALYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-482-CLC-HBG |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to File Second Amended Complaint [Doc. 21]. For grounds, Plaintiff states that the parties have resolved any potential disputes over the Plaintiff's inadvertent failure to name the United States, and not the United States Postal Service, as the party defendant when the action was originally filed. The Motion states that the parties agree that Plaintiff may file her Second Amended Complaint, which Plaintiff has attached to her Motion as an exhibit. [Doc. 21-1].

The Court finds that Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. In addition, Defendant does not oppose the Motion. Accordingly, Plaintiff's Motion to File Second Amended Complaint [**Doc. 21**] is **GRANTED**. Plaintiff **SHALL FILE** her Second Amended Complaint [Doc. 21-1] as her operative pleading in CM/ECF on or before **June 12, 2020.**

**IT IS SO ORDERED**.

ENTER:

Bruce Guyton
United States Magistrate Judge