UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAN SALYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-482-HBG |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 28].

Now before the Court is Defendant's Motion for Summary Judgment [Doc. 36], which was filed on November 30, 2021. Pursuant to the Local Rules of this Court, Plaintiff's response to the Motion was due on December 21, 2021. *See* E.D. Tenn. L.R. 7.1. Plaintiff, however, has not responded to the Motion.

Accordingly, the Court **ORDERS** Plaintiff to show cause on or before **January 7, 2022**, as to why Defendant's Motion for Summary Judgment should not be granted for her failure to oppose the Motion. Plaintiff is **ADMONISHED** that failure to respond to the instant Order may be construed as an abandonment of her claims, which will result in a dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also* E.D. Tenn. L.R. 7.2.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge